UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-**                                                                             **Case No.  2:06cr20148-1-B**

**CAROLYN  JEAN JACKSON**
_____

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- L. Daniel Johnson, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

### TYPE OF APPOINTMENT

- Through trial and notice of appeal

**DONE** and **ORDERED** in 167 North Main, Memphis,   this 11th  day of May, 2006.

                                                      _____s/ James J. Allen_____
                                                          JAMES H. ALLEN
                                             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
CAROLYN  JEAN JACKSON